452 A.2d 1013

**COMMONWEALTH of Pennsylvania**

v.

**Jeffrey Scott MORGAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1982.

Decided Dec. 10, 1982.

William E. Schadler, Lebanon (Court-appointed), for appellant.

William L. Thurston, Lebanon, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.